UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. ROCKMAN,

          Plaintiff,

    v.

OPENAI INC., et al.,

          Defendants.

Case No.  26-cv-03028-SK

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Regarding Docket Nos. 2, 3

Plaintiff Christopher D. Rockman, Jr. ("Plaintiff"), proceeding *pro se*, filed a complaint and application to proceed *in forma pauperis* ("IFP").  (Dkt. Nos. 1-3.)  The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor.  28 U.S.C. § 1915(a).  Upon review of Plaintiff's application (Dkt. Nos. 2-3), the Court finds that Plaintiff has demonstrated that he is unable to pay the filing fee and thus GRANTS Plaintiff's motion to proceed IFP.  The Clerk of Court shall issue the summons.  Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this Order upon Defendants.

     **IT IS SO ORDERED**.

Dated: April 14, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California