

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

April 15, 2026

Christopher D. Rockman, Jr.
3337 Fairfax Court
Merced, CA 95348

Subject: 26-cv-03028-SK
Rockman v. OpenAI Inc.

An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. Please use the bottom portion of this letter to print the current address for each listed defendant.

You may email a picture or scan of the completed form to OAKCivilDocketing@cand.uscourts.gov. As an alternative, you may use the self-addressed postage paid envelope to mail this information to the court.

Sincerely,

Mark B. Busby, Clerk

by: Kimberly Ornelas
Case Systems Administrator
kimberly_ornelas@cand.uscourts.gov

| Name | Address |
|---|---|
| Sam Altman | 1455 3rd Street<br>San Francisco, CA 94158 |
| Greg Brockman | 1455 3rd Street<br>San Francisco, CA 94158 |
| OpenAI, Inc. | 330 N Brand Blvd, Suite 700<br>Glendale, CA 91203 |
| OpenAI OpCo, LLC | 330 N Brand Blvd, Suite 700<br>Glendale, CA 91203 |

*REV. 10-20*