UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. ROCKMAN,

          Plaintiff,

    v.

OPENAI INC., et al.,

          Defendants.

Case No.  26-cv-03028-SK

**ORDER CONTINUING MOTION HEARING AND INITIAL CASE MANAGEMENT CONFERENCE**

Regarding Docket No. 22

Before the Court is a motion to dismiss filed by Defendants.  (Dkt. No. 22.)  The Court HEREBY CONTINUES the motion hearing and initial case management conference ("CMC") scheduled for July 13, 2026 to August 10, 2026 at 9:30 a.m. via Public Zoom webinar.  The parties shall file a joint case management statement by August 3, 2026.

    **IT IS SO ORDERED**.

Dated: June 16, 2026

_____
SALLIE KIM
United States Magistrate Judge