United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. ROCKMAN,
Plaintiff,
v.
OPENAI INC., et al.,
Defendants.

Case No. 26-cv-03028-SK

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's motion to dismiss, which is scheduled for hearing on Monday, November 23, 2026, at 9:30 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is HEREBY VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED**.

Dated: November 13, 2026

SALLIE KIM
United States Magistrate Judge